

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2016

No. 04-15-00730-CV

William K. **LESTER**,
Appellant

v.

Harold **CONWAY**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13820
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is **granted**. We order appellant's brief due **June 13, 2016**. Counsel is advised that further requests for extensions of time to file the brief will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court